MURDOCK, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; Ala.Code 1975, §§ 12-15-6 and 26-18-7; Transamerica Commercial Fin. Corp. v. AmSouth Bank, 608 So.2d 375 (Ala.1992); Ex parte Hill, 366 So.2d 318 (Ala.1979); and S.W.T. v. Cullman County Dep’t of Human Resources, 782 So.2d 767 (Ala.Civ.App.2000).
YATES, P.J., and THOMPSON and PITTMAN, JJ., concur.
CRAWLEY, J., concurs specially.